UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LEOTIS FOWLER, :
                                                  Civil Action No. 10-3106 (SRC)
      Petitioner, :

     v. : **ORDER**

UNITED STATES OF AMERICA, :

      Respondents. :

    This matter having come before the Court on Petitioner's submission of a Motion for Reconsideration, Docket Entry No. 20 in 97-4168 (SRC), which has been converted into this new and separate matter, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and it appearing that:

    1. Petitioner is currently an inmate confined at FCI Otisville in Otisville, New York;

    2. Petitioner did not prepay the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a);

    3. Petitioner did not submit an application to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915(a)(1).

    IT IS THEREFORE on this 25 day of June 2010 , 2010,

    ORDERED that the Clerk of the Court shall supply to Petitioner a blank form, for use by a prisoner, Application to Proceed <u>In Forma Pauperis</u> in a Habeas Corpus Case; and it is further

    ORDERED that, within 30 days of the date of entry of this Order, Petitioner shall either remit the $5.00 filing fee or

submit a completed and signed <u>in forma pauperis</u> application, with a certification of Petitioner's institutional account as required by Local Civil Rule 81.2(b); and it is finally

ORDERED that, if Petitioner does not pay the filing fee or submit such a completed, signed, and certified <u>in forma pauperis</u> application within the above 30-day period, the Petition shall be deemed withdrawn and the Clerk of the Court shall close the file in this action without further notice.

_____
Stanley R. Chesler
United States District Judge